United States District Court Southern District of New York

Aixa Rodriguez

08CV01012

Plaintiff

v.

SUMMONS AND COMPLAINT

International Leadership Charter School and Elaine Ruiz Lopez

Defendant

State of New York, County of Nassau ss:

AFFIDAVIT OF SERVICE

**FREDRICK FORGIONE** being duly sworn, deposes and says that deponent is a licensed process server; that deponent is not a party to the proceeding; that deponent is over the age of 18 years and resides in the County of **RICHMOND**. On 3/4/2008 at 2:17 PM at **2900 Exterior Street, POB, Bronx, NY 10463** (the Premises) deponent served the within **SUMMONS AND COMPLAINT ON International Leadership Charter School**

☐ **PERSONAL SERVICE** — by delivering a true copy to said respondent personally; deponent knew the person so served to be the person described as the respondent herein. Said person described below

■ **SUBSTITUTE SERVICE** — by delivering a true copy(ies) for each named tenant/occupant of said paper to a person of suitable age and discretion who resided / was employed at the premises and who was willing to receive same.
Said person gave the name of **"Jane Doe", refused name, employee** and is described below.

☐ **CORPORATION** — a domestic corp. by delivering a true copy of said paper to . employed at the premises and willing to receive same. Said person is described below

☐ Male
■ Female

| | | | | |
|---|---|---|---|---|
| ☐White Skin | ■Black Hair | ☐18-24 yrs. | ☐Under 5' | ☐Under 100 lbs. |
| ☐Black Skin | ☐Brown Hair | ☐25-35 yrs. | ☐5'0"-5'3" | ☐100-130 lbs. |
| ☐Yellow Skin | ☐Blonde Hair | ■36-50 yrs. | ■5'4"-5'8" | ■131-160 lbs. |
| ■Brown Skin | ☐Gray Hair | ☐51-65 yrs. | ☐5'9"-6'0" | ☐161-200 lbs. |
| ☐Red Skin | ☐Red Hair | ☐Over 65 yrs. | ☐Over 6' | ☐Over 200 lbs. |

☐ **CONSPICUOUS** — by affixing a true copy(ies) for each named tenant / occupant upon a conspicuous part of Premises to wit: the entrance door/apartment door of said property. Deponent was unable to find person of suitable age and discretion willing to receive said paper having called and made attempts of service there on:
3/4/2008 at 2:17 PM

**MAILING** — Deponent also enclosed a copy of same in a postpaid sealed wrapper properly addressed to the above intended recipient at **2900 Exterior Street, POB, Bronx, NY 10463** and deposited said wrapper in a (post office) official depository under exclusive care and custody of the United States Postal Service within New York on **3/13/2008**.
I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

Sworn to before me on 3/13/2008

Joseph M. Arato
Notary Public, State of New York
No. 41-4949900
Qualified in Queens County
Commission Expires: April 17, 2011

FREDRICK FORGIONE 1243722