UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AIXA RODRIGUEZ,<br><br>         Plaintiff,<br><br>   -v-<br><br>INTERNATIONAL LEADERSHIP CHARTER SCHOOOL and ELAINE RUIZ-LOPEZ<br><br>         Defendants. | 08 CV 01012 (PAC)<br><br>**NOTICE OF APPEARANCE** |

   THE CLERK OF THE COURT is respectfully requested to enter the appearance of the undersigned attorneys of Hughes Hubbard & Reed LLP as counsel for defendants International Leadership Charter School and Elaine Ruiz Lopez in this action.

Dated: New York, New York
     March 31, 2008         By: /s/ *Jason Habinsky*
                           Jason Habinsky
                           HUGHES HUBBARD & REED LLP
                           One Battery Park Plaza
                           New York, NY 10004-1482
                           (212) 837-6000
                           habinsky@hugheshubbard.com

                       By: /s/ *Alexander Bogdan*
                           Alexander Bogdan
                           HUGHES HUBBARD & REED LLP
                           One Battery Park Plaza
                           New York, NY 10004-1482
                           (212) 837-6000
                           bogdan@hugheshubbard.com

                       Attorneys for Defendants

2

60253609_1.DOC

CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of March 2008, I caused a copy of the foregoing NOTICE OF APPEARANCE OF INTERNATIONAL LEADERSHIP CHARTER SCHOOL and ELAINE RUIZ LOPEZ to be served via first-class mail, postage prepaid, on the following:

Jonathan Weinberger, Esq.
Law Offices of Jonathan Weinberger
880 Third Avenue, 13th Floor
New York, New York 10022

The above address has appeared on the prior papers in this action as the office address of the attorneys for Plaintiff.

Deponent is over the age of 18 years and not a party to this action.

I further certify under penalty of perjury that under the laws of the United States of America the foregoing is true and correct.

Executed on March 31, 2008

                                        ___/s/Alexander Bogdan____
                                             Alexander Bogdan

60249979