Crotty, J

Jason Habinsky
Alexander Bogdan
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
(212) 837-6000
habinsky@hugheshubbard.com
bogdan@hugeshubbard.com

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 0 1 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
AIXA RODRIGUEZ             :
                           :
        Plaintiff,         :
                           :   Case No. 08 CV 01012 (PAC)
     - against -           :
                           :   STIPULATION AND ORDER
                           :
INTERNATIONAL LEADERSHIP CHARTER :
SCHOOL and ELAINE RUIZ-LOPEZ     :
                           :
        Defendants.        :
-------------------------------------------------------- x

It is hereby stipulated and agreed by and between the undersigned counsel for the parties as follows:

(1) Hughes Hubbard & Reed LLP, counsel for Defendants, will accept service of the summons and complaint for Defendants.

(2) Such service will be deemed to have occurred as of March 25, 2008.

(3) Defendants shall answer, move against, or otherwise respond to the Complaint on or before May 1, 2008, *except that defendants shall not interpose a defense of absence of personal jurisdiction.*

LAW OFFICES OF JONATHAN
WEINBERGER

By: /s/ Jonathan Weinberger
Jonathan Weinberger
880 Third Avenue, 13th Fl.
New York, New York 10022
Telephone: (212) 752-3380

*Attorneys for Plaintiff Aixa Rodriguez*

HUGHES HUBBARD & REED LLP

By: /s/
Jason Habinsky
Alexander Bogdan
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
habinsky@hugheshubbard.com
bogdan@hugheshubbard.com

*Attorneys for Defendants
International Leadership Charter
School and Elaine Ruiz Lopez*

So Ordered: /s/ Paul A. Crotty    Dated: APR 01 2008
Hon. Paul A. Crotty
United States District Judge

2