UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AIXA RODRIGUEZ,<br><br>         Plaintiff,<br><br>   -v-<br><br>INTERNATIONAL LEADERSHIP CHARTER SCHOOOL and ELAINE RUIZ-LOPEZ<br><br>         Defendants. | 08 CV 01012 (PAC)<br><br>**NOTICE OF APPEARANCE** |

   THE CLERK OF THE COURT is respectfully requested to enter the appearance of the undersigned attorney of Hughes Hubbard & Reed LLP as counsel for defendants International Leadership Charter School and Elaine Ruiz Lopez in this action.

Dated: New York, New York
     April 29, 2008

                 By: /s/ *Alexander Bogdan*
                     Alexander Bogdan
                     HUGHES HUBBARD & REED LLP
                     One Battery Park Plaza
                     New York, NY  10004-1482
                     (212) 837-6000
                     bogdan@hugheshubbard.com

                 Attorneys for Defendants

CERTIFICATE OF SERVICE

    I hereby certify that on this 29th day of April 2008, I caused a copy of the foregoing NOTICE OF APPEARANCE OF INTERNATIONAL LEADERSHIP CHARTER SCHOOL and ELAINE RUIZ LOPEZ to be served via first-class mail, postage prepaid, on the following:

    Jonathan Weinberger, Esq.
    Law Offices of Jonathan Weinberger
    880 Third Avenue, 13th Floor
    New York, New York 10022

    The above address has appeared on the prior papers in this action as the office address of the attorneys for Plaintiff.

    Deponent is over the age of 18 years and not a party to this action.

    I further certify under penalty of perjury that under the laws of the United States of America the foregoing is true and correct.

Executed on April 29, 2008

                                          ___/s/Alexander Bogdan____
                                              Alexander Bogdan