Law Offices of
# JONATHAN WEINBERGER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 0 5 2008

880 Third Avenue
13th Floor
New York, New York 10022

Tel: (212)752-3380

Fax: (212) 308-3145

BY EMAIL

May 5, 2008

Judge Paul A. Crotty
United States District Judge
500 Pearl Street, Room 735
New York, New York 10007

**MEMO ENDORSED**

RE: *Aixa Rodriguez v. International Leadership Charter School and Elaine Ruiz-lopez*, Index No. 08 CV 01012

Dear Judge Crotty,

We represent plaintiff.

Defendant has submitted a pre-motion letter dated April 30, 2008.

I spoke with Chambers this morning and was informed that letters in response are due within three days.

So that the matter can be meaningfully addressed by the Court, I respectfully request an adjournment until May 9, 2008 to submit a letter in response.

I have conferred with counsel for defendants regarding the adjournment, and they have consented thereto.

Respectfully yours,

Jonathan Weinberger

cc Alexander Bogan, Esq.
Hughes Hubbard & Reed LLP

SO ORDERED: MAY 0 5 2008

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE