HUGHES HUBBARD & REED LLP
Jason Habinsky
Alexander Bogdan
One Battery Park Plaza
New York, New York 10004-1482
Telephone: (212) 837-6000

*Attorneys for Defendants International Leadership*
*Charter School and Elaine Ruiz-Lopez*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

AIXA RODRIGUEZ,

                Plaintiff,

-against-

INTERNATIONAL LEADERSHIP CHARTER SCHOOL AND ELAINE RUIZ-LOPEZ,

                Defendant.

Index No.: 08 CV 01012

**NOTICE OF MOTION**

---

      PLEASE TAKE NOTICE THAT, upon the Affirmation of Alexander Bogdan dated June 30, 2008 and accompanying exhibits, the Memorandum of Law in support thereof dated June 30, 2008, and the prior pleadings herein, Defendants International Leadership Charter School and Elaine Ruiz-Lopez, by their undersigned attorneys, move this Court, before the Honorable Paul A. Crotty for an order dismissing Plaintiff's Complaint in its entiretey pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).

Dated: New York, New York
       June 30, 2008

                                          HUGHES HUBBARD & REED LLP

                                          By: _____
                                              Jason Habinsky
                                              Alexander Bogdan
                                              One Battery Park Plaza
                                              New York, New York 10004
                                              habinsky@hugheshubbard.com
                                              bogdan@hugheshubbard.com
                                              (212) 837-6000

                                              *Attorneys for Defendants International*
                                              *Leadership Charter School and Elaine Ruiz Lopez*

To:    Jonathan Weinberger, Esq.
        LAW OFFICES OF JONATHAN WEINBERGER
        880 Third Avenue, 13th Floor
        New York, NY 10022

        *Attorneys for Plaintiff Aixa Rodriguez*

60331509_1.DOC

CERTIFICATE OF SERVICE

      I, Alexander Bogdan, hereby certify that I am over the age of 18 years, not a party to this action, and that on this 30th day of June, 2008, I caused copies of the foregoing NOTICE OF MOTION, MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS INTERNATIONAL LEADERSHIP CHARTER SCHOOL AND ELAINE RUIZ-LOPEZ'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(1) AND 12(B)(6), AND AFFIRMATION OF ALEXANDER BOGDAN to be served on counsel for Plaintiff at the address listed below by first class mail and ECF.

      I further certify under penalty of perjury that the foregoing is true and correct.

Jonathan Weinberger, Esq.
LAW OFFICES OF JONATHAN WEINBERGER
880 Third Avenue, 13th Floor
New York, NY 10022

*Attorneys for Plaintiff Aixa Rodriguez*

Executed June 30, 2008

                                      _____/s/ Alexander Bogdan_____
                                           Alexander Bogdan